UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FAITH HARVEST HELPERS, et al.,
DALE RICHARDSON,

    Plaintiffs,

vs.

GARY CARLSON and TAMI MERRIMAN,
In their Personal Capacities,

    Defendants.

No. CV 13-5235 BHS

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE

**NOTE ON MOTION CALENDAR:** June 24, 2013

On June 24, 2013, the Court considered the Defendants' Motion to Dismiss With Prejudice. The Court did not hear oral argument from the parties and considered the following pleadings and the pleadings in the file:

1. Plaintiffs' Complaint, Addendum Basis of Complaint, filed March 29, 2013;

2. Defendants' Motion to Dismiss Or, Alternatively, for a More Definite Statement, filed May 9, 2013;

3. Defendants' Reply to Plaintiffs' Failure to Respond to Defendants' Motion to Dismiss (May 29, 2013);

4. Plaintiffs' Motion to Disqualify Defendants' Attorney (May 14, 2013);

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS WITH PREJUDICE - 1

MORRIS LAW P.C.
P.O. Box 948, 7223 Seawitch Lane N.W.,
Seabeck, WA 98380-0948
Tel. 360-830-0328 · Fax 360-850-1099

1      5.    Defendants' Response in Opposition to Plaintiffs' Motion to Disqualify Defendants' Attorney (May 21, 2013);

    6.    Plaintiffs' Motion for Extension of Time to File an Amended Complaint (May 29, 2013);

    7.    Defendants' Response in Opposition to Plaintiffs' Motion to Extend Time (June 4, 2013)

    8.    Order Granting Defendants' Motion and Denying Plaintiffs' Motions (June 5, 2013).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

On June 5, 2013, this Court entered the Order Granting Defendants' Motion and Denying Plaintiffs' Motions, which directed Plaintiffs to "file an amended complaint no later than June 21, 2013. Failure to file an amended complaint may, in the absence of good cause, result in DISMISSAL of this case." The Plaintiffs failed to file an amended complaint. The Court grants the Defendants' Motion to Dismiss this case with Prejudice.

DATED this 2 day of July, 2013.

_____
Hon. B. Settle

Presented by:

MORRIS LAW, P.C.

By _____
Carol A. Morris, WSBA #19241
Attorney for Defendants Carlson and Merriman

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS WITH PREJUDICE - 2

MORRIS LAW P.C.
P.O. Box 948, 7223 Seawitch Lane N.W.,
Seabeck, WA 98380-0948
Tel. 360-830-0328 · Fax 360-850-1099

1
2
3  By _____
        Dale Richardson, pro se
4  For Plaintiffs Faith Harvest Helpers and Dale Richardson
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS WITH PREJUDICE - 3

MORRIS LAW P.C.

P.O. Box 948, 7223 Seawitch Lane N.W.,
Seabeck, WA  98380-0948
Tel. 360-830-0328 · Fax 360-850-1099